IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:25cr1247 |
| | ) | 18 U.S.C. § 922(g)(1) |
| -versus- | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 21 U.S.C. § 841(a)(1) |
| COURTNEY GERVAIS CARRINGTON, | ) | 21 U.S.C. § 841(b)(1)(A) |
| a/k/a "Snitty" | ) | 21 U.S.C. § 841(b)(1)(B) |
| DEMARIO ALEE HARRY JOHNSON, | ) | 21 U.S.C. § 841(b)(1)(C) |
| a/k/a "White Boy" | ) | 21 U.S.C. § 841(b)(1)(D) |
| GREGORY DEMETRIUS SULLIVAN, | ) | 21 U.S.C. § 846 |
| a/k/a "Rain Man," a/k/a "Spider," a/k/a | ) | 18 U.S.C. § 924(c)(1)(A) |
| "Pig" | ) | 18 U.S.C. § 1957 |
| JASON WILSON, | ) | 18 U.S.C. § 924(d)(1) |
| a/k/a "Chicago" | ) | 18 U.S.C. § 982(a)(1) |
| PHILLIP SCOTT KRAUSE, JR. | ) | 21 U.S.C. § 853 |
| VASHUN DEMOND LOGAN | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| JOE EARL OGLESBY, III | ) | **SEALED INDICTMENT** |
| PATRICK DEANGELO OGLESBY | ) | |
| MIKESHIA RENEE MADDOX, | ) | |
| a/k/a "Keet" | ) | |
| TRAYNESE LATROYA WYLIE | ) | |

COUNT 1
*Conspiracy to Commit Drug Trafficking*

THE GRAND JURY CHARGES:

Beginning at a time unknown to the Grand Jury, but beginning in at least November of 2024, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the defendants, COURTNEY GERVAIS CARRINGTON, a/k/a "Snitty," DEMARIO ALEE HARRY JOHNSON, a/k/a "White Boy," GREGORY DEMETRIUS SULLIVAN, a/k/a "Rain Man," a/k/a "Spider," a/k/a "Pig," JASON WILSON, a/k/a "Chicago," PHILLIP SCOTT KRAUSE, JR., VASHUN DEMOND LOGAN, ▓▓▓▓▓▓▓▓ JOE EARL OGLESBY, III, PATRICK DEANGELO OGLESBY, MIKESHIA

NOV 12 2025 PM12:59
RCV'D - USDC G'VILLE SC

RENEE MADDOX, a/k/a "Keet," and TRAYNESE LATROYA WYLIE, knowingly and intentionally did combine, conspire, agree, and have tacit understanding with each other and with others, both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute cocaine, cocaine base (commonly known as "crack cocaine"), methamphetamine, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), all Schedule II controlled substances, and marijuana, a Schedule I controlled substance;

a. With respect to COURTNEY GERVAIS CARRINGTON, a/k/a "Snitty," the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and a quantity of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C);

b. With respect to DEMARIO ALEE HARRY JOHNSON, a/k/a "White Boy," the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and a quantity of cocaine, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), and marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and 841(b)(1)(D);

c. With respect to GREGORY DEMETRIUS SULLIVAN, a/k/a "Rain Man," a/k/a "Spider," a/k/a "Pig," the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is 50 grams

or more of a mixture or substance containing a detectable amount of methamphetamine, 28 grams or more of cocaine base (commonly known as "crack cocaine"), and a quantity of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C);

d. With respect to JASON WILSON, a/k/a "Chicago," the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and a quantity of cocaine, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), and marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and 841(b)(1)(D);

e. With respect to PHILLIP SCOTT KRAUSE, JR., the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is quantity of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

f. With respect to VASHUN DEMOND LOGAN, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is quantity of cocaine and cocaine base (commonly known as "crack cocaine"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

g. With respect to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ he amount involved in the

3

conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is 28 grams or more of cocaine base (commonly known as "crack cocaine") and a quantity of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C);

h. With respect to JOE EARL OGLESBY, III, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is a quantity of cocaine base (commonly known as "crack cocaine"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

i. With respect to PATRICK DEANGELO OGLESBY, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is a quantity of cocaine and cocaine base (commonly known as "crack cocaine"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

j. With respect to MAKESHIA RENEE MADDOX, a/k/a "Keet," the amount involved in the conspiracy attributable to her as a result of her own conduct and the conduct of other conspirators reasonably foreseeable to her is a quantity of cocaine, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), and marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D);

k. With respect to TRAYNESE LATROYA WYLIE, the amount involved in the conspiracy attributable to her as a result of her own conduct and the conduct of other conspirators

4

reasonably foreseeable to her is a quantity of cocaine base (commonly known as "crack cocaine"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

All in violation of Title 21, United States Code, Section 846.

### COUNTS 2 - 4
*Possession with Intent to Distribute Controlled Substances*

THE GRAND JURY FURTHER CHARGES:

That on or about the listed date, in the District of South Carolina, the listed defendant intentionally and unlawfully did possess with intent to distribute a quantity of the listed controlled substance, each a Schedule II controlled substance:

| Count | Date | Defendant | Substance(s) |
|---|---|---|---|
| 2 | 12/12/2024 | [redacted] | cocaine base (commonly known as "crack cocaine") |
| 3 | 03/12/2025 | PATRICK DEANGELO OGLESBY | cocaine base (commonly known as "crack cocaine") and cocaine |
| 4 | 05/20/2025 | GREGORY DEMETRIUS SULLIVAN, a/k/a "Rain Man," a/k/a "Spider," a/k/a "Pig" | cocaine |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5
*Possession of a Firearm by a Convicted Felon*

THE GRAND JURY FURTHER CHARGES:

That on or about March 12, 2025, in the District of South Carolina, the defendant, JOE EARL OGLESBY, III, knowingly did possess a firearm in and affecting interstate commerce, that is a SCCY, model CPX-1, 9mm caliber pistol, having been convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 6
*Possession of a Firearm by a Convicted Felon*

THE GRAND JURY FURTHER CHARGES:

That on or about March 12, 2025, in the District of South Carolina, the defendant, PATRICK DEANGELO OGLESBY, knowingly did possess firearms in and affecting interstate commerce, that is a Walther P22, .22 caliber pistol and a Tanfoglio Witness P, .40 caliber pistol, having been convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 7
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*

THE GRAND JURY FURTHER CHARGES:

That on or about March 12, 2025, in the District of South Carolina, the defendant, PATRICK DEANGELO OGLESBY, knowingly possessed a firearm in furtherance of a drug trafficking crime, as charged in Count 1 and Count 3, which are prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 8
*Monetary Transactions Utilizing Drug Trafficking Proceeds*

THE GRAND JURY FURTHER CHARGES:

On or about June 5, 2025, in the District of South Carolina, the defendant, GREGORY DEMETRIUS SULLIVAN, a/k/a "Rain Man," a/k/a "Spider," a/k/a "Pig," did knowingly engage in a monetary transaction involving criminally derived property of a value greater than $10,000, and which in fact was derived from a specified unlawful activity, namely, the defendant paid the sum of $17,686, in currency to Toyota of Greenville auto dealership in Greenville, South Carolina, for the purchase of a 2017 BMW automobile, which funds in fact were derived from the unlawful distribution of controlled substances;

In violation of Title 18, United States Code, Section 1957.

## FORFEITURE

FIREARM/DRUG OFFENSES:

Upon conviction for felony violation of Title 18 and Title 21, United States Code as charged in this Indictment, the Defendants, **COURTNEY GERVAIS CARRINGTON**, a/k/a "Snitty," **DEMARIO ALEE HARRY JOHNSON**, a/k/a "White Boy," **GREGORY DEMETRIUS SULLIVAN**, a/k/a "Rain Man," a/k/a "Spider," a/k/a "Pig," **JASON WILSON**, a/k/a "Chicago," **PHILLIP SCOTT KRAUSE, JR.**, **VASHUN DEMOND LOGAN**, ▮▮▮▮▮▮▮▮▮▮▮▮ **JOE EARL OGLESBY, III**, **PATRICK DEANGELO OGLESBY**, **MIKESHIA RENEE MADDOX**, a/k/a "Keet," and **TRAYNESE LATROYA WYLIE**, shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation of Title 21, United States Code.

(c) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

(2) involved in or used in any knowing violation of 18 U.S.C. § 922 or 924, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

8

MONEY LAUNDERING:

Upon conviction for violation of Title 18, United States Code, Section 1957 as charged in this Indictment, the Defendant, **GREGORY DEMETRIUS SULLIVAN, a/k/a "Rain Man," a/k/a "Spider," a/k/a "Pig"**, shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offense and any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1957.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

(a) Firearms:

(1) SCCY, model CPX-1, 9mm caliber pistol
Serial Number: C414026
Seized from: ▓▓▓▓▓▓▓▓▓

(2) SCCY, model CPX-1, 9mm caliber pistol
Serial Number: C427198
Seized from: Joe Earl Oglesby, III

(3) Tanfoglio, model Witness P, .40 caliber pistol
Serial Number: EA6042211398
Seized from: Patrick Deangelo Oglesby

(4) Walther, model P22, .22 caliber pistol
Serial Number: WA411480
Seized from: Patrick Deangelo Oglesby

  (5) Taurus, model PT111 Millennium G2, 9mm caliber pistol
Serial Number: TKT66641
Seized from: Gregory Demetrius Sullivan

  (6) Taurus, model RP63, .357 caliber revolver
Serial Number: adm980623
Seized from: Courtney Gervais Carrington

  (7) Taurus International, model G2C, 9mm pistol
Serial Number: 1C101375
Seized from: Courtney Gervais Carrington

  (8) Smith & Wesson, model 4046, .40 caliber pistol
Serial Number: TFP9113
Seized from: Courtney Gervais Carrington

  (9) SCCY Industries, LLC (SKYY Ind.), model CPX-1, 9mm caliber pistol
Serial Number: c065302
Seized from: Courtney Gervais Carrington

  (10) Zastava, model PAP M92 PV, 762 caliber pistol
Serial Number: M92PV066861
Seized from: Courtney Gervais Carrington

  (11) Ruger, model LC9, 9mm caliber pistol with magazine
Serial Number: 328-03319
Seized from: Jason Wilson

 (b) <u>Ammunition</u>:

  (1) Miscellaneous rounds of 9mm ammunition
Seized from: Joe Earl Oglesby, III

  (2) Miscellaneous rounds of .40 caliber ammunition
Seized from: Patrick Deangelo Oglesby

  (3) Miscellaneous rounds of .22 caliber ammunition
Seized from: Patrick Deangelo Oglesby

  (4) Miscellaneous rounds of 9mm ammunition
Seized from: Gregory Demetrius Sullivan

(5) Miscellaneous rounds of 9mm ammunition
Seized from: ▮

(6) Miscellaneous rounds of .40 caliber ammunition
Seized from: Courtney Gervais Carrington

(7) Miscellaneous rounds of .38 caliber ammunition
Seized from: Courtney Gervais Carrington

(8) Miscellaneous rounds of 9mm caliber ammunition
Seized from: Courtney Gervais Carrington

(9) Miscellaneous rounds of 762 caliber ammunition
Seized from: Courtney Gervais Carrington

(10) Miscellaneous rounds of 9mm caliber ammunition
Seized from: Jason Wilson

(c) Vehicle:

2017 BMW 540 Series
VIN: WBAJE5C34HG478575
Titled Owner: Gregory Demetrius Sullivan

(d) Proceeds/Forfeiture Judgment:

A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in this Indictment, and all interest and proceeds traceable thereto as a result of their violation of Title 21.

(e) Money Laundering/Forfeiture Judgment:

A sum of money equal to all property involved in the money laundering offense charged in this Indictment, and all interest and proceeds traceable thereto, for which the Defendant is liable as the result of his violation of 18 U.S.C. § 1957.

11

SUBSTITUTION OF ASSETS:

If any forfeited property being subject to forfeiture, as a result of any act or omission of a Defendant:

      (a)    cannot be located upon the exercise of due diligence;
      (b)    has been transferred or sold to, or deposited with, a third person;
      (c)    has been placed beyond the jurisdiction of the Court;
      (d)    has been substantially diminished in value; or
      (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A    TRUE    BILL

REDACTED
FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *Jamie Lea Schoen*
Jamie Lea Schoen (Fed. ID # 11386)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.: 864-282-2100
Fax: 864-233-3158
Email: jamie.l.schoen@usdoj.gov

12